1 Jeffrey M. Lenkov, Esq. (State Bar No. 156478)
  *jml@manningllp.com*
2 Lawrence D. Esten, Esq. (State Bar No. 125541)
  *lde@manningllp.com*
3 **MANNING & KASS**
  **ELLROD, RAMIREZ, TRESTER LLP**
4 19800 MacArthur Boulevard, Suite 900
  Irvine, California 92614
5 Telephone: (949) 440-6690
  Facsimile: (949) 474-6991

6

7 Attorneys for Defendant
  MACY'S WEST STORES, INC.
  [Erroneously sued and served herein as
8 MACY'S INC.; MACY'S CORPORATE
  SERVICES, INC.]



FILED
CLERK, U.S. DISTRICT COURT
Nov. 1, 2017
CENTRAL DISTRICT OF CALIFORNIA
BY: VPC DEPUTY

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| EMMA MATEVOSYAN, | Case No. 2:17-CV-06914 |
| Plaintiff, | |
| v. | **ORDER REGARDING STIPULATION TO REMAND TO STATE COURT** |
| MACY'S INC.; MACY'S CORPORATE SERVICES, INC.; AND DOES 1 THROUGH 100, INCLUSIVE, | |
| Defendants. | |

## **ORDER**

It is hereby ordered that the above-matter be remanded to the Los Angeles County Superior Court, Central District under Case Number BC655160. The Motion to Remand set for November 20, 2017 is ordered off calendar.

DATED: 11/1/17

*S. James Otero*
_____
Honorable S. James Otero

4838-8077-1922.1